UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN G.[1], an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>Defendant. | Case No.: 5:18-02165 ODW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including Defendant's Motion for Voluntary Remand [Dkt. No. 18], all responses and replies to the Motion [Dkt. Nos. 20, 21 and 25], the Report and Recommendation of the assigned United States Magistrate Judge dated November 19,

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.
[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

2019 [Dkt. No. 27], and Defendant's Objections to the Report and Recommendation, filed December 3, 2019 [Dkt. No. 28]. As such, after thorough analysis and consideration of the Report and Recommendation, as well as Defendant's Objections thereto, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 27], is accepted;
2. The Administrative Law Judge's decision is reversed and this case is remanded solely for a calculation and award of benefits; and
3. Judgment is to be entered accordingly.

Dated: December 5, 2019

THE HONORABLE OTIS D. WRIGHT, II
United States District Judge